# Exhibit A

# BLANKROME

Secure Processing Center
P.O. Box 680
Central Islip, NY 11722-0680

Postal Endorsement Line
<<Full Name>>
<<Address 1>>
<<Address 2>>
<<Address 3>>
<<City>>, <<State>> <<Zip>>
<<Country>>
***Postal IMB Barcode

<<Date>>

<<CA Header - Notice of Data Breach>>

Dear <<Full Name>>,

Blank Rome LLP ("Blank Rome") provides legal services to clients. We are writing to inform you that we recently identified and addressed an incident involving some of your information. This notice explains the incident, the measures we have taken in response, and some additional steps that you can consider taking to help protect your information.

## Who Are We, and Why Do We Have Your Information?
As a law firm that provides a broad range of services to entities, we have your information in connection with a client matter.

## What Happened?
On May 21, 2026, we experienced an incident in which an unauthorized third party called one of our attorneys, posed as our IT department, and misled the attorney into uploading files to an external Google Drive account. We identified this incident within two hours, took the attorney's device offline, deleted the files that were in the Google Drive account, and began an investigation with the support of external cybersecurity professionals. We also notified law enforcement and are supporting its investigation. We conducted a careful review of the files involved and, on or around May 28, 2026, determined that one or more of the files contained your information.

## What Information Was Involved?
The information included your name and Social Security number. The information also may have included your address, e-mail address, phone number, date of birth, taxpayer identification number, driver's license number, state identification card number, passport number, other government-issued identification number, financial account number, payment card information, medical information, and/or health insurance information.

## What We Are Doing.
We are notifying you of this incident and want to assure you that we take it seriously. We have arranged for you to receive <<12/24>> months of complimentary access to Epiq's Privacy Solutions ID credit monitoring, as discussed below. Additionally, to help prevent something similar from happening in the future, we have provided additional targeted social engineering training throughout the firm and are collaborating with external cybersecurity professionals to assess additional technical measures aimed at mitigating similar risks.

## What You Can Do.
We encourage you to remain vigilant by reviewing your financial account statements and credit reports for any unauthorized activity. If you see charges or activity that you did not authorize, please contact the relevant financial institution or credit bureau immediately. Additionally, you can enroll in the complimentary credit monitoring product we have arranged for you. This product is designed to detect potential misuse of your information and offers identity protection solutions aimed at promptly identifying and resolving instances of identity theft. Activating this product will not affect your credit score. For more information on identity theft prevention and Privacy Solutions ID, including instructions on how to activate your

access, as well as additional information and resources that may be helpful to you, please review the pages that follow this letter.

**For More Information.**
If you have any questions, please call 1-888-289-6921, Monday through Friday, between 9:00 a.m. and 9:00 p.m. ET, excluding holidays. Please have this letter ready if you call.

Sincerely,

Blank Rome LLP



**Activation Code:** <<ACTIVATION CODE>>
**Enrollment Deadline**: <<ENROLLMENT DEADLINE>>
**Coverage Length:** <<12/24>> Months

## Epiq - Privacy Solutions ID
3B Credit Monitoring

### How To Enroll:

1) Visit www.privacysolutionsid.com and click "Activate Account"
2) Enter the following activation code, **<<Activation Code>>** and complete the enrollment form
3) Complete the identity verification process
4) You will receive a separate email from noreply@privacysolutions.com confirming your account has been set up successfully and will include an Access Your Account link in the body of the email that will direct you to the log-in page
5) Enter your log-in credentials
6) You will be directed to your dashboard and activation is complete!

**Privacy Solutions ID provides** three bureau credit monitoring through Equifax, credit report and score access, $1 million identity theft insurance with $0 deductible, ID Restoration services, and dark web monitoring. See below for more details.

### Credit Monitoring with Alerts
Monitors your credit file(s) for key changes, with alerts such as credit inquiries, new accounts, and public records.

### 3-Bureau Credit Score and Report[1]
Annual 3-Bureau VantageScore and 3-Bureau Credit Report

### SSN Monitoring (High Risk Transaction Monitoring, Real-Time Authentication Alerts, Real-Time Inquiry Alerts)
Real-time monitoring of SSNs across situations like loan applications, employment and healthcare records, tax filings, and payment platform, with alerts.

### Dark Web Monitoring
Searches for compromised information across the dark web, with alerts.

### Credit Report Lock/Freeze
Assists with blocking access to the credit file for the purposes of extending credit (with certain exceptions).

### Lost Wallet Assistance
Assistance with canceling and reissuing credit and ID cards.

### Identity Restoration
Dedicated ID restoration specialists who assist with ID theft recovery.

### Up to $1MM Identity Theft Insurance[2]
Provides up to $1,000,00 ($0 deductible) Identity Theft Event Expense Reimbursement Insurance on a discovery basis. This insurance aids in the recovery of a stolen identity by helping to cover expenses normally associated with identity theft.

### Unauthorized Electronic Funds Transfer- UEFT[2]
Provides up to $1,000,000 ($0 deductible) Unauthorized Electronic Funds Transfer Reimbursement. This aids in the recovery of stolen funds resulting from fraudulent activity--occurrence based.

### Personal Info Protection
Helps users find their exposed personal information on the surface web—specifically on people search sites and data brokers – so that the user can opt out/remove it. Helps protect members from ID theft, robo calls, stalkers, and other privacy risks.

If you need assistance with the enrollment process or have questions regarding Epiq – Privacy Solutions ID, please call directly at **866.675.2006**.

1 The credit scores provided are based on the VantageScore 3.0 model. For three-bureau VantageScore credit scores, data from Equifax®, Experian®, and TransUnion® are used respectively. Any one-bureau VantageScore uses Equifax data. Third parties use many different types of credit scores and are likely to use a different type of credit score to assess your creditworthiness. Credit monitoring from Experian and TransUnion will take several days to begin.

2 Identity Theft Insurance is underwritten by insurance company subsidiaries or affiliates of American International Group, Inc. The description herein is a summary and intended for informational purposes only and does not include all terms, conditions, and exclusions of the policies described. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.

**ADDITIONAL STEPS YOU CAN TAKE**

We remind you it is always advisable to be vigilant for incidents of fraud or identity theft by reviewing your account statements and free credit reports for any unauthorized activity over the next 12 to 24 months. You may obtain a copy of your credit report, free of charge, once every 12 months from each of the three nationwide credit reporting companies. To order your annual free credit report, please visit www.annualcreditreport.com or call toll free at 1-877-322-8228. Contact information for the three nationwide credit reporting companies is as follows:

- *Equifax*, PO Box 740241, Atlanta, GA 30374, www.equifax.com, 1-888-378-4329
- *Experian*, PO Box 2002, Allen, TX 75013, www.experian.com, 1-888-397-3742
- *TransUnion*, PO Box 2000, Chester, PA 19016, www.transunion.com, 1-833-799-5355

If you believe you are the victim of identity theft or have reason to believe your personal information has been misused, you should immediately contact the Federal Trade Commission and/or the Attorney General's office in your state. You can obtain information from these sources about steps an individual can take to avoid identity theft as well as information about fraud alerts and security freezes. You should also contact your local law enforcement authorities and file a police report. Obtain a copy of the police report in case you are asked to provide copies to creditors to correct your records. Contact information for the Federal Trade Commission is as follows:

- *Federal Trade Commission*, Consumer Response Center, 600 Pennsylvania Avenue NW, Washington, DC 20580, 1-877-IDTHEFT (438-4338), www.identitytheft.gov

**Fraud Alerts and Credit or Security Freezes:**

*Fraud Alerts:* There are two types of general fraud alerts you can place on your credit report to put your creditors on notice that you may be a victim of fraud—an initial alert and an extended alert. You may ask that an initial fraud alert be placed on your credit report if you suspect you have been, or are about to be, a victim of identity theft. An initial fraud alert stays on your credit report for one year. You may have an extended alert placed on your credit report if you have already been a victim of identity theft with the appropriate documentary proof. An extended fraud alert stays on your credit report for seven years.

To place a fraud alert on your credit reports, contact one of the nationwide credit bureaus. A fraud alert is free. The credit bureau you contact must tell the other two, and all three will place an alert on their versions of your report.

For those in the military who want to protect their credit while deployed, an Active-Duty Military Fraud Alert lasts for one year and can be renewed for the length of your deployment. The credit bureaus will also take you off their marketing lists for pre-screened credit card offers for two years, unless you ask them not to.

*Credit or Security Freezes:* You have the right to put a credit freeze, also known as a security freeze, on your credit file, free of charge, which makes it more difficult for identity thieves to open new accounts in your name. That's because most creditors need to see your credit report before they approve a new account. If they can't see your report, they may not extend the credit.

*How do I place a freeze on my credit reports?* There is no fee to place or lift a security freeze. Unlike a fraud alert, you must separately place a security freeze on your credit file at each credit reporting company. For information and instructions to place a security freeze, contact each of the credit reporting agencies at the addresses below:

- *Experian Security Freeze*, PO Box 9554, Allen, TX 75013, www.experian.com
- *TransUnion Security Freeze*, PO Box 160, Woodlyn, PA 19094, www.transunion.com
- *Equifax Security Freeze*, PO Box 105788, Atlanta, GA 30348, www.equifax.com

You'll need to supply your name, address, date of birth, Social Security number and other personal information.

After receiving your freeze request, each credit bureau will provide you with a unique PIN (personal identification number) or password. Keep the PIN or password in a safe place. You will need it if you choose to lift the freeze.

*How do I lift a freeze?* A freeze remains in place until you ask the credit bureau to temporarily lift it or remove it altogether. If the request is made online or by phone, a credit bureau must lift a freeze within one hour. If the request is made by mail, then the bureau must lift the freeze no later than three business days after getting your request.

If you opt for a temporary lift because you are applying for credit or a job, and you can find out which credit bureau the business will contact for your file, you can save some time by lifting the freeze only at that particular credit bureau. Otherwise, you need to make the request with all three credit bureaus.

Blank Rome LLP is located at One Logan Square, 130 North 18th Street, Philadelphia, Pennsylvania 19103 and can be contacted at (215) 569-5500.

**Additional Information for Residents of the Following States**

**Connecticut:** You may contact and obtain information from your state attorney general at: Connecticut Attorney General's Office, 165 Capitol Ave, Hartford, CT 06106, 1-860-808-5318, www.ct.gov/ag

**District of Columbia:** You may contact and obtain information from your attorney general at: Office of the Attorney General for the District of Columbia, 400 6th Street NW, Washington, DC 20001, 1-202-727-3400, www.oag.dc.gov

**Maryland:** You may contact and obtain information from your state attorney general at: *Maryland Attorney General's Office*, 200 St. Paul Place, Baltimore, MD 21202, 1-888-743-0023 / 1-410-576-6300, www.marylandattorneygeneral.gov/

**New York:** You may contact and obtain information from these state agencies: *New York Department of State Division of Consumer Protection,* One Commerce Plaza, 99 Washington Ave., Albany, NY 12231-0001, 518-474-8583 / 1-800-697-1220, http://www.dos.ny.gov/consumerprotection; and *New York State Office of the Attorney General,* The Capitol, Albany, NY 12224-0341, 1-800-771-7755, https://ag.ny.gov

**North Carolina:** You may contact and obtain information from your state attorney general at: *North Carolina Attorney General's Office*, 9001 Mail Service Centre, Raleigh, NC 27699, 1-919-716-6000 / 1-877-566-7226, www.ncdoj.gov

**Rhode Island:** This incident involves <<RI #>> individuals in Rhode Island. Under Rhode Island law, you have the right to file and obtain a copy of a police report. You also have the right to request a security freeze, as described above. You may contact and obtain information from your state attorney general at: *Rhode Island Attorney General's Office*, 150 South Main Street, Providence, RI 02903, 1-401-274-4400, www.riag.ri.gov

**A Summary of Your Rights Under the Fair Credit Reporting Act:** The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Your major rights under the FCRA are summarized below. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

- You must be told if information in your file has been used against you.
- You have the right to know what is in your file.
- You have the right to ask for a credit score.
- You have the right to dispute incomplete or inaccurate information.
- Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.
- Consumer reporting agencies may not report outdated negative information.
- Access to your file is limited.
- You must give your consent for reports to be provided to employers.
- You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.
- You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.
- You may seek damages from violators.
- Identity theft victims and active-duty military personnel have additional rights.