**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LAURA DELAPAZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLANK ROME LLP,<br><br>Defendant. | Case No. 2:26-cv-04655-JFM |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, LAURA DELAPAZ ("Plaintiff"), by and through the undersigned counsel, hereby gives notice that she is voluntarily dismissing her individual claims against the Defendant, BLANK ROME LLP, without prejudice.

Dated: July 21, 2026

Respectfully Submitted,

*/s/ Kenneth Grunfeld* __________

Kenneth Grunfeld
PA Bar # 84121
**KOPELOWITZ OSTROW P.A.**
65 Overhill Road
Bala Cynwyd, PA 19004
Tel: (954) 525-3200
grunfeld@kolawyers.com

Samuel J. Strauss
Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

*Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

*/s/ Kenneth Grunfeld* __________
Kenneth Grunfeld